HINKLE LAW FIRM, L.L.C.
301 N. Main, Suite 2000
Wichita, Kansas 67202-4820
(316) 267-2000 / (316) 264-1518, facsimile

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: <br><br> MID KANSAS HOMES & MOVERS, LLC, <br><br> *Debtor.* | Case No. 13-10602 <br> Chapter 11 |

## APPLICATION BY DEBTOR FOR ENGAGEMENT OF SUCCESSOR COUNSEL

COMES NOW, Mid Kansas Homes & Movers, LLC (the "debtor"), by and through its attorney of record, Nicholas R. Grillot, of Hinkle Law Firm, L.L.C., and hereby applies to the Court for an order approving the engagement of counsel for the debtor.

In support thereof, the debtor states:

1. On March 22, 2013, the debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. The debtor primarily transports mobile homes for its customers. This includes removing mobile homes from any foundation, disconnecting various services the mobile home might be tied into, and then connecting the mobile home to those services at its new location.

3. The debtor also buys and sells used mobile homes and operates one trailer park, where it leases lots and a few mobile homes to prospective tenants.

4. The debtor operates this business at its primary business location of 1731 N. 9th Street, Salina, Kansas 67401.

5. The debtor is in possession of his property.

6.  The debtor sought and obtained an order employing the law firm of Redmond & Nazar, L.L.P. as their insolvency counsel in this case. The Application to Employ was filed March 22, 2013 (Docket No. 3) and the final Order approving the Application was entered April 24, 2013 (Docket No. 42).

7.  The debtor filed an Amended Application to Approve and Ratify the Continued Engagement of Redmond & Nazar, L.L.P. on December 16, 2013 (Docket No. 105). The debtor filed the Amended Application to disclose W. Thomas Gilman's representation of John Eaves, so all parties in interest could determine whether Redmond & Nazar, L.L.P. remained disinterested. The final Order approving the Amended Application was entered on February 28, 2014.

8.  Redmond & Nazar, L.L.P. has continued to act as counsel for the debtor throughout this case until December 31, 2014. Effective that date, the partners in Redmond & Nazar, L.L.P. became members of a different law firm, Hinkle Law Firm, L.L.C. (the "Hinkle Firm"). This Application seeks an order approving the employment of the Hinkle Firm to continue the work Redmond & Nazar, L.L.P. provided to the debtor in this case. The Hinkle Firm, including the former partners of Redmond & Nazar, L.L.P., have extensive experience in bankruptcy cases, is very familiar with the business and financial affairs of the debtor, and is qualified to represent the debtor and the GAL in this case.

9.  The status of this case is that the Court has entered an order confirming the Debtor's plan of reorganization dated May 18, 2014, and counsel is attempting to implement the plan and eventually seek a Final Decree.

10. The professional services to be rendered by the Hinkle Firm to the debtor shall begin on January 1, 2015 and shall include, primarily, the following:

    a. Advising the debtor of its rights, powers, and duties as debtor and as Debtor-in-Possession, including those with respect to the operation and management of the debtor's business and property;

    b. Advising the debtor concerning and assisting in the negotiation and documentation of financing agreements, cash collateral orders, and related transactions;

    c. Investigating into the nature and validity of liens asserted against the property of the debtor, and advising the debtor concerning the enforceability of said liens;

    d. Investigating and advising the debtor concerning and taking such action as may be necessary to collect income and assets in accordance with applicable law, and recover property for the benefit of the debtor's estate;

    e. Preparing on behalf of the debtor such applications, motions, pleadings, orders, notices, schedules and other documents as may be necessary and appropriate, and reviewing the financial and other reports to be filed herein;

    f. Advising the debtor concerning and preparing responses to applications, motions, pleadings, notices, and other documents which may be filed and served herein;

    g. Counseling the debtor in connection with the formulation, negotiation and promulgation of plan or plans of reorganization and related documents and implementation thereof; and

h. Performing such other legal services for and on behalf of the debtor as may be necessary or appropriate in the administration of the case.

11. The debtor requires counsel knowledgeable with respect to insolvency and reorganization law to render the above-described essential and professional services, and believe that the employment of the Hinkle Firm would be in the best interest of the debtor and its estate.

12. The range of hourly rates to be charged by the Hinkle Firm currently is as follows. These rates may be increased from time-to-time as deemed appropriate by counsel for the debtor. The attorneys who are presently anticipated to perform the majority of services in connection with this case and their current hourly rates are as follows:

| | |
|---|---|
| Edward J. Nazar | $285.00 per hour |
| W. Thomas Gilman | $220.00 per hour |
| Martin R. Ufford | $220.00 per hour |
| Nicholas R. Grillot | $185.00 per hour |

The Hinkle Firm will charge $85.00 per hour for the firm's financial analyst and $65.00 per hour for any of the firm's legal assistants who perform compensable services in connection with this case. The Hinkle Firm will keep detailed records of any actual and necessary expenses incurred in connection with the rendering of the aforementioned legal services for which it may seek reimbursement.

13. To the best of the debtor's knowledge, information, and belief, the Hinkle Firm has no connection with the creditors of the debtor or with any other party in interest herein, their attorneys or accountants, except as otherwise disclosed in the attached affidavit. The debtor further states that the Hinkle Firm has no relationship with them other than in connection with

this case. The debtor submits that employment of the Hinkle Firm would be in the best interest of the debtor and this estate.

14. An affidavit executed on behalf of the Hinkle Firm, in accordance with the provisions of Section 327 of the Bankruptcy Code and Fed. R. Bankr. P. 2014, is annexed as "Exhibit A", and incorporated herein by reference. To the debtor's knowledge, information, and belief, the matters set forth in this application are based and made in reliance upon said Affidavit.

15. The Hinkle Firm has not received a general retainer from the debtor in this case. The debtor desire to employ the Hinkle Firm as stated herein because of the extensive legal services the Hinkle Firm has proposed to undertake and is to render in this case.

WHEREFORE, the debtor requests the entry of an order authorizing them to employ the Hinkle Firm as its counsel in this case under the terms specified herein; that copies of all notices, pleadings, and other documents filed in this case or in any adversary proceedings be served upon the Hinkle Firm, as counsel for the debtor, at the address set forth below; and for such other relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, L.L.C.

/s/ Nicholas R. Grillot
Nicholas R. Grillot, #22054
301 N. Main, Suite 2000
Wichita, Kansas 67202-4820
(316) 267-2000 / (316) 264-1518, facsimile
ngrillot@hinklaw.com
   *Attorneys for Mid Kansas Homes & Movers, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was uploaded to the CM/ECF system on January 8, 2015, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties, and a copy was mailed by first-class mail, postage prepaid and properly addressed to the following parties in interest:

Daniel J. Huehl
Mid Kansas Homes & Movers, LLC
1731 N. 9th Street
Salina, Kansas 67401

                                           s/ Nicholas R. Grillot
                                           Nicholas R. Grillot, #22054

# AFFIDAVIT - EXHIBIT A

STATE OF KANSAS, SEDGWICK COUNTY ) ss:

I, EDWARD J. NAZAR, MARTIN R. UFFORD, W. THOMAS GILMAN, and NICHOLAS R. GRILLOT of lawful age, being first duly sworn, individually state:

1. That I am an attorney at the Hinkle Law Firm, L.L.C., mentioned in the foregoing Motion.

2. Affiant and the Law Firm are disinterested parties in this matter and do not hold or represent an interest adverse to the estate.

3. The Affiant has inquired to determine that the attorneys who will appear before the court in the conduct of the case and all members of the firm do not hold or represent an adverse interest to the estate and are disinterested. Affiant understands there is a continuing duty to disclose any adverse interest and change of disinterestedness.

4. The members of the firm do not have any connections with the debtor, creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

5. The Affiant understands that the court's approval of the application is not approval of any proposed terms of compensation and under § 328(a) the court may allow compensation on terms different from those proposed.

6. That no agreement or understanding exists between Affiant or any other person for any division or sharing of compensation which is prohibited by statute.

FURTHER AFFIANT SAITH NOT.

_____
Edward J. Nazar, #09845

_____
Martin R. Ufford, #09361

_____
W. Thomas Gilman, #11867

_____
Nicholas R. Grillot, #22054

SUBSCRIBED AND SWORN to before me this 6th day of January, 2015.

_____
Notary Public

My appointment expires: 10/14/15

DEBRA G. WALTON
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10/14/15